CERTIFIED MAIL # 7003 2260 0000 6783 7083

FILED
MAR - 3 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

ANTHONY T. HARRELSON #12604-084,

   Plantiff,

CASE No: 5:10-cv-0216

COMPLAINT

   -against-

JURY TRIAL DEMANDED

KEVEIN CANTERBERRRY, SCOTTIE ROSE, MIKE CUTWRIGHT, Dr. EDWARDS, MARTIE OWENS, THOMAS SCARANTINO (Camp Admiistrator), DAVID BERKEBILE (Warden), KEVEIN THOMPSON, sued in their individual and offical capacities.

   Defendants:

This is a civil rights action taken by Anthony Harrelson, a Federal Prisoner, for damages and injunctive relief under 42 U.S.C § 1983, alleging denial of medical care, improper medical care, inadequate medical care, and conduct of prison officals attendent to the medical care in violation of the Eighth Amendment to the United States Constitution, and a violation of the Due Process Clause of the Fourteenth Amendment to Constitution. The Plaintiff also alleges the torts of deliberate indifference and negligence. The court has jurisdiction over the plaintiffs claims of violation of federal constitutional rights under 42 U.S.C. § 1331(a) and 1343.

The court has supplemental jurisdiction over the plaintiffs state law tort claims under 28 U.S.C § 1367.

1. Non R.D.A.P staff Mrs.B.Fletcher made a adverse administrative descion and denied me access to my prison job in education by firing me because of my partisipation in a R.D.A.P requierd pull up. I partisipated in the pull up on 11-4-2009 and was fiered and reassigned to Food Service on 11-05-2009

2. Mrs. Flecther discriminated aginst me for my partisipation in the R.D.A.P program. This is against Bureau of Prisons policy 28 CFR §551.90, Exhibit # 14

3. On 11-05-2009 I was placed in food service, upon finding this out via the call out posted in Maple unit, I went and spoke to the counsler assigned to me Mr.K.Canterberry. I told him that the p.m. food service shedule interfeared with my religous meetings, Jehovahs Witness and told Mr.Canterberry the days prison chaplen Mr.Temple has allowed us to meet. The supreme Court has held that reasonable oppertunites must be afforded to all prisoners to excecise the religious freedom guaranteed by the First and Fourteenth Amendments witout fear of penalty. Cruz v. Beto, 405 U.S. 319,322 n.2,92 S.Ct.1079(1972). The R.F.R.A. itself provides for judicial relief; 42 U.S.C.S § 2000bb-1(c), it does not have to be enforced through 42 U.S.C.§ 1983. R.F.R.A. provides for appropriate relief against a government. Government is defined as a branch, deparment, agency, instrumentality, anoffical (or other person under color of law) of the United Sates. The R.F.R.A as passed by congress allows me the right to attend Jehovahs Witness services as provided by the Bureau of Prisons Department of Justice, here on B.O.P..

4. While speaking with Mr.Canterberry on 11-5-2009, I reminded him about the two medications that I take at 3:00 p.m. pill line make make extermley groggey and slows my consentration, and that I was in fear for my personal saftey while woorking in foodservice while medicated. I encourged Mr. Canterbeery to check my medical history and condition as it is listed in my P.S.I.. Counsler Canterbeery told me he did not care and better show up for work even if I had to crawl or he would put me in the SHU until I completed my sentence.

5. The eigth Amendment forbids exposure of prisoners to conditions that pose an unreasonable risk of serious damge to their current or future health. A prisoner may not be required to perform a work assignment inconsistent with there medical conditon.

6. I proceeded to go to work in Food Service while very groggey from the two medications that I take. In Food Service there are slick floors and hot surfaces.

7. On 11-9-2009 I gave counsler Canterberry a wriiten BP-S148.055 once more expressing my concern for my saftey while working in Food service after taking my two medications at 3:00p.m. pill call, and how my work schedulde interfears with the religous services I attend. See Exhibit # 1

8. My work schedule as I was told by the inmate superviser is Monday, Thrusday, Friday Saturday adn sunday, from first call at lunch which is for the most part around 10:45 a.m. to 3:30p.m.. recall I am then called back to work around 4;45 and somtimes held at foodservice untill 9;00 p.m.. It is unconstitutioal to give a inmate jobs involving supervisory authority over other inmates. McDuffie v. Estelle, 935 F.2d 682, 686 n. 6(5th Cir 1991) and cases sited.

9. The inmate superviser in food service that I report to is Tobbey Hayes. He has us sign our pay sheets, and does all job assignments and scheduling he is the the one we all answer to and are told to go to him unless we are dieing.

10. On 11-14-2009 I fell in the Food service dining hall. There was no mop bucket out or wet floor signs to put out. I was groggy form the medication th I take. I fell hard on my right sholder and injured my back neck and right sholder. Ireported the accident to the imate superviser Tobbey Hayes. He told me he didn't care how bad I was hurt to go back to work. I then went reported the accident to the officer on duty at that time Ms.Moye. She to get back to work cause she wanted to get home. When I told her I wanted medical attention she resopnded there is no bodey on the camp to help you n get out there and finish your work or I will make sure you are shipped so far away from your familey you won't see theme till you get out.

11. I reported the accident to camp medical on 11-15 2009 . R.N. Owens did an esment on me gave tylenoal and medical Idol from 11-15-2009 to 11-22-09. See Exhibit # 7, 8, 3

12. On 11-17-2009 I was called to counsler Canterberry's office and he answere my BP-S148.055 and stated "the meds you are on would not prevent you from working a p.m. shift.job" To my knowlodge Mr.Canteberry is not part of the Medical staff or that he has the traing to make such a descion about the medications that I take, and the affects they have on my body. This action in it's self shows a conscious disregard for the harm that this ation alone caused me. This action shows Mr. Canterbbery's awarness of and his disreguard for the risk he put me at. And the injueries, due to his actions as a B.O.P. officer. Mr.canterberry is making descions that he is not trained to make. Exhibit#1

13. Prison accidents violate the constitution if they result from delibarat indifferance or callous disregard for for saftey by or collus disregard for for saftey by prison personnel. Jone v morris, 777 F.2d 1277, 1280(7th Cir 198 Mr. Canterberry as a officer Of the B.O.P a part of the United Sttes has taken such action toward me as a inmate under his care.

14. Prison officals as officers of the United States can be held liable for afall if they knew of dangerous situations and conditions and acted with de iberate indifference in familiy to cure theme. Mr. Canterbeery failed to use "reasonable care" to avoid forseable risk to my self as an inmate under his care; District of Columbia v.Mitchell 533 A.2d 629, 639(DC 1987); Hill v. Wright County 400 N.W.2d 744, 747 (Minn. App. 1987).

15. While in Counsler Canterberry's office on 11-17-2009 I informed him that I had fallen and injuerd myself while working in Food Service due to being groggy from the medications that I take at 3:00 p.m. pill call. Mr. Canterberry Became enraged at this, he asked me if I had repoted it to staff?. I told him that I reporeted to my inmate supervisor, Officer Moye

in Food Service, and to medical. I told him that R.N. owens had done a accident assesment and placed on medical Idol until 11-22-09. I also Informed officer Canterberry that I had been placed on the call out to see the physicians assistiant. I once more asked for a job change or even a schedule change. Counsler/Officer/Mr.Canterberry told me he did not care how bad I was hurt or how groggy the meds made me he would not change my job he did'nt care if it killed me. As long as I am At F.C.I Beckley I would stay in food service.

16. On or about 11-19-2009 I saw P.A. S.Rose in the medical department when P.A.Rose of the Beckley B.O.P. Camp staff saw me, the first words out of P.A. Roses mouth was...Oh It's you Harrelson, Mr.canterberry ha s already told me about you and Im not going to do anything to help you get out of Food Service and this situation is between you an Mr.canterberry I tried to explain to P.A. Rose that I am here for medical help for the pain in my neck ,baxk and sholder after the fall in food servie due to the fact that I was groggie from my medication.<u>P.A ROSE threatened me in saying I will take you off your medication so you can do what Mr.Canterberry, wants yo to do how he wants you to do it.</u>I responeded that if you take me off my medi tiion that would be considered torture per the U.S.C code.

17. Mr.S Rose is a physians assistant and not a doctor,and has no traing to make such a descion or stament to tkae me off of my medication that is overseen by an outside Doctor.Medical personnel who undertake to treat specialzed problems are held to the stanard of care applicable those spec lties even if they do not claim specialzed expertise;Williams v. United Sta s,747 F.supp.967,1009(S.D.Y.1990).This is one example of P.A. Rose falure t to follow statutes limiting their practice may constitute negligence.Countr man v. County of Winnebago,481 N.E.2d at 1261 ; Exhibit#10

18. P.A.S.ROSE refused to treat me for the medical conditions that I came to the B.O.P medical deparment for on requested action of Mr.Canterberry;(Gordon v.City of New York,120 A.D.2d 562,502 N.Y.S.2d 215,216(N.Y.App.Div1986)"P.A.S Rose as a emploie of the B.O.P. medical staff did not show ordinary care..to provi- de health care of prisoners.

19. Counsler Canterberry interfeard with an medical judgement in treatment by P.A.S.Rose by enforceing rules and procedures to cause medical care to be given to myself on non medical grou- nds. This shows intentional maltreatment and violates the 8th amendment.This also shows P.A.S.rose has inadequate traing to do his job. Further showing deliberate indiffernce.

20. I told P.A. Rose that I was in pain and wanted help he gave me a form for comissary to buy acetimiefin,and told me to get out of the building or he would call those running the R.D.A.P program and do everthing in his power to make sure I got kicked out of the program and would not get my sentence reduction;Huges v.Joliet Correctional Center,913 F.2d 425,428(7th)Cir1991)I was treated not as a patient but as a nuisance and the medical staff at B.O.P. Prison Camp Beckley are insufficiently interested in my health to take even minimal steps to guard against the possibility that my injuries are severe and futher show a finding of deliberate indifferece toward me;Smith v. Jenkins,919 F.2d 90,93(8th Cir.1990) P.A. Rose deviated from professional standard.

21. I asked P.A. S.Rose to see a medical doctor. P.A. S. ROse told me I am the only doctor you need, and there is no doctor present on this compound. P.A. S. Rose told me he would make sure I will not see a doctor that he was good enough. P.A. S. Rose of the B.O.P medical staff denied me access to medical spersoneal qualified to exercise judgement about my medical problem. P.A. S.Rose is not a medical doctor nor is Counsler Canterberry and both lack medical qualifications and or training to acess my medical problems;Estelle v. Gambl,429 U.S. at 104; Robinson v.Moreland,655 F.2d 887,889-90(8th Cir. 1978)These actions of thses B.O.P. offcials or staff being employed by the United States violate the Constitution.

22. Counsler Canterberry was making medical judgemens and this constitutes deliberate indifference;Casey v.Lewis,834 Supp.1477, 1545,(D.Ariz.1993).

23. I have only been permitted to see lower-level,non-physion personnel; until 12-14-2009 I was then allowed to see doctor Edwards.

24. P.A. Rose did not ask me any questions to get essential facts that are necessary to make a professional judgement. P.A. S. ROse did not take historry nor did R.N.Owens and no tests have been done according to the syptoms I have and the pain I have;Liscio v. Warren,901 F.2d 274,276-277(2d Cir.1990);Boyce v.Alizaduh,595 F.2d 948,952-953(4th Cir 1979);Milter v. Beorn,896 F.2d 848,853 (4th Cir 1990);Medcalf v. State of Kansas,626 F.Supp 1179,1183 (D.Kan.1986);Weaver v. Jarvis 611 F.supp.40,44(N.D.Ga.1985).
Up to that point in time.

25. Goverment Medical personeal are are liable for their actions and/or omissions when they amount to deliberate indiference as in this situation. P.A. Rose actions have caused me unnecessary and wanton infliction of pain and this is a breech of my 8th Amendment rights. Prisoners who are denied adquate medical are entitlted to file a Federal Tort Claim due to negligence and malpractice of Governmental medical employees and is therefore a representive of the United States and Action against such agent is one against United States for purpose of court jurisdiction;Schroder v.Davis(1929,CA8 Mo) 32 F2d 454.

26. Prisons may use nurses,physicians assistants(P.A.)or medical technical asistants to detrmine priorities in seeing a doctor not wether or not they can see a doctor;Partee v. Lane,528 F.Supp 1254,1259-61(N.D.III.1981);Burks v.Tesdale,492 F.Supp.650,678-679(W.D.Mo.1980). In such a system the person doing the screening must have adequate physician supervision,and prisoners who need a physicans direct attention must recive it.There Is no Medicial doctor on this prison camp. So how is P.A. Rose Proerly Supervised?

27. This negligence and malpratice has taken place while in federal custody and I may bring suit in federal court under the Federal Tort Claims Act and I may join claims under the Federal Tort Claims Act and civil rights claims alleging deliberate indifference in the same action.

28. Groverment medical staff commits malpractice by failing to use the knowledge,skill and care ordinarily posesed by properly trainded members of the medical profession in good standing;

Yosurf v. United States, 642 F. Supp. at 428; W. Page Keeton et al., Prosser and Keeton on the Law of Torts § 32 at 187 (5th ed 1984); Chambers v. Ingram, 858 F.2d 351, 355 (7th cir. 1988)(Illinois law); Hutchinson v. United States, 838 F.2d 390, 392 (9th Cir. 1988)(California law).

29. Prison officals knowlodge of deliberate indifference to a prisoners serious medical needs may be established by circumstantial evidence such as I am providing; Boyd v. Knox, 47 F3d 996 (8th cir 1995).

30. Prison officals do not insulate their potential liabilaty under the 8th Amendment for actions refelcting deliberate inddifference as actions thus far stated; McElligot v. Foley, 182 F3d 1248 (11th Cir 1999).

31. Prison personnel must respond to the particular claim of delibrate indifference that I am rasing. In the event that prison medcial staff say that some medical care was provided or that my medical care was adequate; Henderson v. Harris, 672 F. Supp. 1054, 1059 (N.D. Ill 1987).

32. I am in continuios severe pain that affects my sleep, I have pain walking bending lifting and reaching. The deliberate indifference stanard does not excuse United States agents and or emploies from one episode of gross mis conduct merley because the overall pattern of past care reflects general attentiveness. Mr. Canterberry interfered with me getting medical care.

33. The pain caused could have been prevented if Mr. Canterberry had not disregarded that his actions and for the risk and damage and harm to my body by neglecting my medical conditon in placing me in Food Service while medicated and groggy; Marsh v. Butler County, ALA., 225 F.3d 1243 (11th Cir 2000). Finding of deliberate indifference by prison officals to serious medical needs of inmate in violation 8th or 14th Amendment necesarily precludes finding of qualified immunity.

34. Counsler Canterberry and P.A. S. Rose whom are both prison personnel may be held liable for their failure to act beacuse they are Agents of the United States for acts of ommission are actionable...to the extent as acts of commison. Officals who know or should have reasonably known of injury that could have been prevented if they fail to do anything about the situattion judgement was not made by compentent or qualified medical personel; Smith v. Ross, 482 F.2d 33, 36 (6th Cir 1978); Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285 (1976).

35. The duty of the Bureau of Prisons under federal statute is is to provide for the safe keeping, care, subsistance and protection of all persons charged with or convicted of offences aginst the United States. Violations of this duty are actionable under , including medical malpractice, intentional inflection of emotional distress and accidents caused by prison staff negligence. As I have thus far presented to you.

36. Qualified immunitey is not applicable in a F.T.C.A Suite acording to most courts; Townsend v. Carmel, 494 F. Supp. 30 36-37 (D.D.C 1980); Picariello v. Fenton, 491 F. Supp. at 1040-42

Crain v. Krehbiel,443 F.Supp.202,216(N.D.Cal.1977).
Castro v. United States,34 F.3d 106,110-11(2d Cir 1994),One court recently held that no offical immunities apply under the F.T.C.A. because the statute says that the government is liable whenever a private person would be liable under state law.

37. on 11-17 -2009 while in Mr.Canterberrys office I asked him for a BP 9,I told him it would be senstive. Mr.Canterberry told me that if I filed on him he would ship me to Texas and I would and he would make sure that I sat in the SHU for six months before I was shiped.

38.Courts recognize that mental pain can be as bad as real pain or phiscal pain and what Mr.Canterberry and P.A. S. Rose Have done to me has caused both to me significant anguish that could have been prevented;Northington v. Jackson,973 F.2d at 1524; Parrish v. Johnson,800 F.2d 600,605(6th Cir.1986);Parker v.Asher 701 F.Supp.192,194(D.Nev.1988).

39.Counsler Canterberry and Mr.Rose acted with malice toward me need not be able to prove directly what was in the officers of the United States mind.The actions of the officers in themeselves in light of the circumstances is sufficient to show malice. Thomas v.Statler,20 F.3d 298,302(7th Cir 1994);Hill v. Shelander, 992 F.2d 714,717(7th Cir.1993);Valencia v. Wiggins,981 F.2d at 1446;Millers v.Leathers,913 F.2d 1085,1088(4th Cir.1990). Mr. Canterberry acted maliciously and sadistically and proof of malice is notrequierd in most courts;Lander v.Murray,769 F.2d 195,199n.4(4 th cir 1985).

40. Counsler Canterberry and P.A Rose have acted with callus disregard for my saftey and future health and medical needs. Mr.Canterberrys deliberate indifference and calus disregard to my accident while in prison at Federal Prison Camp Beckley W.V..

41.Jones v. Morris,777 F.2d 1277,1280 (7th Cir 1985), prison officals could be held liable for a fall if they knew of dangerous conditions and acted with deliberate indifference in failing to cure them. This whole situation would have been avoided if Counsler Canterberry while acting as a representative or agent of United States had taken in to consideration my medical condition and the medications that I take which make me groggy and lower my consintration, I would not have slipped and fell and suffered injury while in performance of prison task assignded by Counsler Canterberry. I sustanied back neck and sholder injury that could have been prevented if Counsler Canterberry had not acted with such negligence while acting within the scope of his office or employment.

42. I was forced to work while injured and being denied medical treatment ,a prison inmate being forced to work while injured may state a claim for cruel and unsal punisment by being forced to work by being forced to work beyond my capacity as I am thus endangering my life;Johnson v.Clinton, 763 F2d.326 (8th cir 1985). This was due to Mr.Caterberry and P.A. S.Rose neglegeince and malice toward myself. They acted while in thier offical capacity.

43. The entier prison camp was denied sick call 11-25-2009 to 11-29-2009. Including myself, I went to to the medical department each of those days with a BP-S148.055 and was denied sick call and my requests to saff were not taken.

44. on 11-30-2009 sick call was allowed and I turned in all my BP-S148.055 in to the sick call window. I was called back to the medical Department by R.N. Owens and she gave me my BP-S148-.055 back and told me that she did not time to read a biography. Once more showing the negligence of the B.O.P medical staff as employees of United States.
See Exhibit # 3,4,5

45. On 11-30-2009 I was allowed to get a sick slip at pill call at 3:00 p.m. after being told by R.N. Owens said she did not have time to read my requests that morning at aprox. 6:45 a.m.. I was able to turn in my a sick call slip after pill call was completed that afternoon. This sick call request went un answered.

46. I put another request for sick call on 12/04/2009. X-rays were done 12-8-2009, 22 days after my injurey. This once more shows the negleence of those chared with my care by United States.

47. The denial of medical care by agents of United States caused and continues to cause me serious pain from the top of my neck to the bottom of my feet..The effect of denial of medical by agents of United States and the pain I am suffering very much interfers with my every activities. The pain is getting worse .

48. The injury that hapened to me due to the negligence of agents of United States, significantley affects my daily activites . I am in chronic and substatantial pain.This was caused by a traumatic injury that could have be prevented by agents/empolyees of United States. The pain has gotten worse scence the injurey occered to my back, neck, and sholder. I am now having numbness in my feet, numbness and radiating pain in my right arm in to my hand, and pain radiating into my legs from my lower back.I have pain bending, lefting, reaching sitting, standing, and laying down.I can't get comfortable in any one postion. This injury is affecting my sleep I am not slleping well beacuse I can't get comfortable. I have extreme pain that never stops and has worsened.

49. I am asking for a medical expert witness under Rule 706,Fed.R.Ev.

50. The medical staff At B.O.P. Camp beckley has done nothing to help or prevent any further pain by forcing me to be cleared for food service in a job that fores me to bend rech lift and do repetative actions that cause serious pain that is even worse than normal. This is one example of how my workis meadicaly inappropriate along with the fact that the medication I take makes me groggy and lowers my concentration. Shows malpractice beacuse they have continued to keep me cleared for food service even after this injury occured. The medial staff are employees of United States.

51. The B.O.P. Staff at the prison Camp In Beckley did not show reasonable care to avoid forseeable rick to a prisoer in their care.

43. The entier prison camp was denied sick call 11-25-2009 to 11-29-2009. Including myself,I went to to the medical department each of those days with a BP-S148.055 and was denied sick call and my requests to saff were not taken.

44. on 11-30-2009 sick call was allowed and I turned in all my BP-S148.055 in to the sick call window. I was called back to the medical Deparment by R.N. Owens and she gave me my BP-S148-.055 back and told me that she did not time to read a biography. Once more showing the negligence of the B.O.P medical staff as employees of United States.
See Exhibit # 3,4,5

45. On 11-30-2009 I was allowed to get a sick slip at pill call at 3:00 p.m. after being told by R.N. Owens said she did not have time to read my requests that morning at aprox. 6;45 a.m.. I was able to turn in my a sick call slip after pill call was completed that afternoon. This sick call request went un answered.

46. I put another request for sick call on 12/04/2009. X-rays were done 12-8-2009 , 22 days after my injurey. This once more shows the negleence of those chared with my care by United States.

47. The denial of medical care by agents of United States caused and continues to cause me serious pain from the top of my neck to the bottom of my feet..The effect of denial of medical by agents of United States and the pain I am suffering very much interfers with my every activities. The pain is getting worse .

48. The injury that hapened to me due to the negligence of agents of United States,significantley affects my daily activites . I am in chronic and substatantial pain.This was caused by a traumatic injury that could have be prevented by agents/empolyees of United States. The pain has gotten worse scence the injurey occered to my back, neck, and sholder. I am now having numbness in my feet, numbness and radiating pain in my right arm in to my hand, and pain radiating into my legs from my lower back.I have pain bending, lefting, reaching sitting, standing, and laying down.I can't get comfortable in any one postion. This injury is affecting my sleep I am not slleping well beacuse I can't get comfortable. I have extreme pain that never stops and has worsened.

49. I am asking for a medical expert witness under Rule 706,Fed.R.Ev.

50. The medical staff At B.O.P. Camp beckley has done nothing to help or prevent any further pain by forcing me to be cleared for food service in a job that fores me to bend rech lift and do repetative actions that cause serious pain that is even worse than normal. This is one example of how my workis meadicaly inappropriate along with the fact that the medication I take makes me groggy and lowers my concentration. Shows malpractice beacuse they have continued to keep me cleared for food service even after this injury occured. The medial staff are employees of United States.

51. The B.O.P. Staff at the prison Camp In Beckley did not show reasonable care to avoid forseeable rick to a prisoer in their care.

52. I was sent to prison as punish ment not to be punished;Wolfish v.Levi,439 F.Supp 114(S.D. New York 1977).

53. The medications I take is Lithium and Valproic Acid. I take them every day at 3:00 p.m. pill call. They cause me to be groggy and lesson my consentration.

54. I am injured physically and suffered greatly due to my injury and beacuse of this have also suffered gret emotional injuries.

55. I have been threatened BY B.O.P. officer Cutwright that I would be taken to the SHU and that he would call one of his buddies that works in the SHU and that I could expect the worst. I took this to mean physiccally. Officer Cutwright recently Phyisicaly assulted another inmate this caused me great emotional distress in being intimedated me by not only Officer Cutwright, but also Counsler Canterberry, and P.A. Rose, all of whom are employees of United states.

56. The emotional distress of the entire situation including the injury and constint pain, and intimindation and threats has casused me loss of sleep,weghit loss,and shock.

57. The agents of United States acted in excess of their authoriy named here in.

58. Blaks Law Dic. Defines deliberate indifference as a conscious disregard of the harm that ones actions could do to the inrestes or rights of another; Awarness of disreagard for the risk of harm to another persons life or body. B.O.P. agents here at Prison Camp Beckley Clearly demonstratee deliberate indefference toward me as a person under there care. Prison officals failed to prevent harm to me , as agents of United States.

59. These agents of United States were making descions based on speculation, speculation is no subsisttute for the facts of the situation.

60. I have exhausted my administrative remedey in this matter. (see all exhibits

61. Plaintiff sent numerous requests to staff that went unanswered.Plaintiff filled a BP_9 with the B.O.P regional office which was rejected, Plaintiff forwarded a copy of the BP-9 to Warden David Berkebile and no responce was given with in the alloted 20 day period, per 28 CFR 542.18 Plaintiff has tried to work this problem out numerus times through the established prison channels and still sufferd injury.

62. A federal employee may be requierd to reimburse federal government for yments of recovery from third parties for personal injury by united states employee obligates employees to reimburse government for all compensation it has paid;United States v Hays (1966, WD Ky) 254 F Supp 849;Green v. United States Dep't of Labor (1985 CA8 Minn).

63. Correctional supervisors are deliberatley indifferent if theyfail to provide adequate or qualified staff and if they fail to remedy unlawful conditions that they know of or should have known about or if they otherwise fail to to carry out their responisibilities. Mr.Thoams Scarapţino as the camp administrator, and MrThompson Health services administrator.

Aswegan v.Bruhl,965 F.2d 676,677-678(8th cir.1992) Hill v. Marshall,962 F.2d 1209,1213(6th Cir 1992);Greason v. Kemp,891 F.2d 829,839(11th Cir 1990);Tomarkin v. Ward,534 F.Supp.1224 1232(S.D.N.Y.1982).

64. Federal prisoners can not obtain their own medical services the federal statute requires prison authorities to provide them with reasonably adequate medical care of a quality accetable within prudent professional standards. This has not been provided in this case.

65. I have not been treated for my injury and that pain cauesed by it due to the negligence of employees of United states.

66. I have requested a M.R.I. of my back,neck and, sholder drictly to the Regional off of the B.O.P. in Annapolis,Md. via sensetive B.P.9.

67. I am forced to wear boots that casue my injury to be futher agravated my injury.

68 . Neither my inmate superviser or the officer in charge would file accident report to the institutional saftey manger. I even went back and asked Ms.Moye to file on for me and she refused.

69. Courts have recognized that care can be serious cumlative effect from the repeated denial of care with regard to even to minor needs;Jones v. Evans 544 F.Supp.769,775 n 4 (N.D.Ga.1982). (see attached exhibits)

70. All agents and employees of United States have taken and filed a Oath of office stating that they would up hold the Contitions of United States.

71. Agents of Untinted States in acts that antagonized the undersigned. Named Herein.

72. Agents or employees of United States know or knew the limits and restrications,wether statutorily ,or constitionaly pursuantto their 'Oath of Office'.

* 73. Ingnorance of of the law does not excuse misconduct in anyone,least of all sworn officers of United States.

74. I was placed on call out 12/11/09 after numerus requests and R.N. Owens refused to take my Requests for help in writing Iwas once more allowed to see P.A. S.Rose.Ionce more expressed to P.A. S.Rose that I was having extreme continious pain in my back neck and sholder and that my right hand and feet are cold and numb and that pain is radiating from my lower back in to my legs and that It felt like I am draging my feet and about to fall with each step,and that I had lost strength in my right arm and hand.To this P.A. S.rose Stated "YOU ARE NOT IN PAIN THERE IS NOTHING WRONG WITH YOU,I LOOKED AT YOUR X RAYS YOU HAVE NO BROKEN BONES....YOU ARE FINE."To my knowledge is not a a radieoligist. After making this statement P.A.S.Roase took my BLOOD PRESSURE and it was acrouding to P.A. ROSE sky high,my Blood Pressure was so high that P.A. S.Rose placed me on Blood Pressure meadication that day.This scared me and I told P.A. S. Rose that I had never had high blood pressure . I asked P.A. S.Rose why my Blood pressure was so high P.A. S. ROSE answered to pain.

75. I was placed on atenolol 50 mg for my high blood pressure I now this daily for the rest of my life.

76. On 12/14/2009 after numerorus requests and cop outs I was finaly allowed to see Dr.Edwards. Dr.Edwards was not aware of the injury casued by the fall while working in food service,Dr.Edwards was not aware of the x-rays that had been don-on my back neck and sholder or the fact that I take lethium and valproic acid. To my understading Dr. Edwards is the doctor responsiable for over seeing P.A. S.Rose and the prison camp.Dr. Edwards was not aware of my meadical situiation until 12/14/2009.

77. Dr.edwards told me that I should have never been cleaered by P.A. S ROSE, and that I was not cleared in SENTERY for food service.P.A. S. Rose made this choice and Counsler Canterberry enforced it while in their offical capacity causing both emotional and bodiley injury.

78. Dr.Edwards told me my high blood pressure was do to pain and that I will have to stay on the high blood pressure meadication for the rest of my life to keep my blood pressure stableized.

79. On 12/14/2009 Dr. Edwards placed me on 1000 mg of Naproxen daily. This does not stop the pain it barley touch the pain.

80. According to Dr.Edwards, due to the meadications I take, the pain medication I can take are very limited. If the agents and emploees of United States had not acted with neglegenice I would not be suffering now and possibly the rest of my life.

81. I have requested a M.R.I. on numerous occioans. On 12/14/2009 I requested a M.R.I directley to Dr. Edwards,He responded it has to be approved through Washington, D.C. and I would be home before It gets approved. I have even offe: to pay for an M.R.I..

82. On 12-14-09 I forwarded my copouts that I had sent to Dr.Edwards, along with a request for a M.R.I. in writing for a M.R.I. to K. Thompson the Health Service Administrator and recived no responce. I mailed the request via the United States Postal Service due to the fact that he is located at the FCI and I am at the camp.

83. The term bodily injury means phyiscal pain; inpairment of the function of a bodily member, or other injury to the body no matter how temporary. the actions of the defendants stated here in are unconstitutional and show that missaplication of statutes has taken place; 18 UCS 1365 (h) (4).

84. I took my printed medical hold and restrictions to Mr. Caterberry and he refused to enter it in to the computer.Mr. Canterberry stated to me that as soon as the hold is over he is placeing me back in food service. This Statement along with Mr. Canterberry Refuseing to chage the MDS assigment futher shows the neglegenice of Mr.Canterberry. I also addresed this issue to Mr. K.Thompson (H.S.A) and to date recived no responce.
Exibit#9

85. Forced to work in food service injuered and doing actions that made my pain even worse than it already was.P.A.S.ROSE refused to renwew my Idol that expiered 11-22-09. Dr. Edwards placed me on medical hold 12-14-09. I was forced to work while in extreme pain fro 11-22-09 to 12-13-09.

86. On 2-5-10 Plaintiff was placed on call out to see P.A S.Rose for pain from back injury, Plaintiff was ridiculed and belittled by P.A. S.Rose. Defendant S.Rose told Plaintiff to stop playing games and that Plaintiff was going home in six or seven months and that himself and Dr.Edwards were finished treating me.

87. There was no doctor present on the camp during my visit with P.A. Rose on 2-5-10.

87. There is no on-site psychiatrist for an institution thissize is unconsititutional.

88. The phssicians assistant P.A.Rose failed to review claimants initial medical intake sheet.

89. The failure of FPC Beckley medical personannel to take a full history of Plaintiffs medical background and did not schedule Plaintiff to see Dr.Edwards as soon as possiable caused Plaintiff to be placed in a job assignment that caused injury to Plaintiff.

90. FPC Beckley failed to provide Plaintiff with phyiscal exam within two weeks of arrival at Beckley as required by B.O.P. Regulations.

91. Dr.Edwards Failed to provide any further diagnostic testing after learning of Plaintiffs continueing and worsening pain.

92. The failure of FPC Beckley medical staff to accede to Plaintiffs reasonable requestes for medical attention.

93. The defendants stated herein failed to follow and allow for the medical and physical limitations of the Plaintiff.

94. Upon request and review of my medical records Plaintiff found radiology report stating that he has calsifications that my reresent nephrolithiasis, and the other in the upper pelvis may represent a small appendicolith. This information was not brought to my attention. I put in a Request for an explaination but never received a responce.

95. On or about 2-22- I was called to the message center where I threatened once more by officer Cutwright, Plaintiff was told to leave Mr.Canterberry alone and that the next time we have this talk I will be removed from the camp and the R.D.A.P. program and I would lose my time off. I told him I dont do anything is against the rules or have anything wrong in my locker. Cutwright stated keep on and somthing will show up and you gone. He called me "a thorne in the ass".

Relief Requested.

WHEREFORE, plaintiff requestes that the court grant the following relief:

A. Issue an injunction ordering Warden David Berkebile, Thomas Scarantino Camp Administrator or their agents to:

1. Immediatley arrange for the Plaintiff's need for a M.R.I. to be done for the Plaintiff.

2. Immediatley have Plaintiff evaluted by non Federal Bureau of Prisons Physician with exptise in back,neck, and shoulder injuries after M.R.I. is completed.

3. Carry with out delay the treatment directed by such medical practitoner.

4. The relief sought will serve the public intrest,plaintiff is confident to prevail at trial.

B. Issue a an injunction ordering defendant Cutwright to:

1. Have a Temporary Restraining Order placed on Defendant Cutwright for the protection of Plaintiff Harrelson, for the reasons stated specificaly in this complaint, and Plaintiff requests the court to direct the Uited States Marshals to serve the order. As the court sees fit.

C. Award compensatory damages in the following amounts:

1. $ 250,000 jointly and severally against defenants Canterberry, S.Rose, Dr.Edwards, Thomas Scarantino, Berkebile, K. Thompson for physical and emotional injuries, neglegence, and deliberate indifference, improper medical care, and conduct of prison officals and those resposiable in management in violation of the Eighth Amendment and in violation of the Due Process Clause of the Fourteenth Amendment that has been violted.

2. $10,000 jointly and severally against defendant M.Owens for the emotional injury and humliation in her actions of denial to sick call.

C. Award punitive damages in the following amount(s):

1. $ 3,500,000 jointly against Defendants Canterberry, S. Rose, Dr. Edwards, Owens, Scarantino, Berkebile, Thompson.

D. Grant such relief as it may appear that the plaintiff is entitled.

Date: 3-01-10

Respectfully submitted:

Anthony T. Harrelson # 12604-084
c/o Federal Correctional Institution Beckley
P.O.Box 350
Beaver, W.V. 25813

I hereby declare under penalty of perhury that all stated herein is true and correct to the best of my knowledge and understanding pursuant to 28 U.S.C. § 1746.

CERTIFIED MAIL # 7003 2260 0000 6783 7083

## CERTIFICATE OF SERVICE

I hereby certify that I did, on this date, deposit a copy of the foregoing and annexed documents into the United States Postal Service, in an official depository thereof, with sufficient first class postage thereon, properly addressed as follows: Cover Letter

    Complaint
    Exhibits 1-31
    Motion and Affidavit to appoint counsel
    Affidavit (Pain)
    Summons(8 each)
    Affidavit ( Assult(S) officer Cutwrigth)
    Application to proceed without prepayment of fees and costs

This the __1__ day of __March__, __2010__.

_[signature]_

Anthony T. Harrelson #12604-084
C/O Federal Correctional Institution Beckley
    P.O.Box 350
    Beaver,W.V 25813

CERTIFIED MAIL # 7003 2260 0000 6783 7083

UNITED STATES DISTRICT COURT  Date:3-1-10
SOUTHERN DISTRICT COURT OF WEST VIRGINIA
P.O.Drawer 5009
Beckley, W.V. 25801

Attn: Ms. Deppner/ Deputy Clerk

Ref: a civil rights action taken by Anthony Harrelson


Dear madam,
I would like to know if the attached has merit for relief under
42 U.S.C. § 1983, in which denial of medical care, improper medic-
al care, and inadequate medical care and conduct of prision
officals is alleged in violation of the Eighth Amendment of the
United States Constitution, and a violation of the Due Process
Clause of the Fourteenth Amendment to the constitution. Also
in the complaint injury was caused, causing both phyisical and
emotional pain, I still have pain to this day.

I wanted to send this to you before I spent what limited funds
I have on copies and fees, to see if the court will take this
case.

I thank you very much for your time and help.


Respecfully submitted,

[signature]

Anthony Harrelson # 12604-084
C/O Federal Correctional Institution
        Beckley
P.O.Box 350
Beaver,W.V. 25813




P.S. I have included the application to prceed without prepayment of fees
but I did not have the bottom part filled out, beacuse I did not want
my counsler toknow what is going on until this is in the hands of the court
I will do everything in power to cooperate with the court in this matter.
Thank you once more for your help and time(see affidavit of assult).



